Please be seated. Good morning, ladies and gentlemen. Pleased to be with you this morning. We have five cases that were ordered, submitted on the briefs. That was Rascone v. Sessions, Dillig v. West Las Vegas Surgery Center, Five and Diner of North America v. Wadsworth Jordan Crossing, and Johnson v. Service Employees International Union, and Pike v. Hester. The only case that was scheduled for the oral argument calendar was Jacobi v. Ergen. We understand there have been some developments in that case. Counselor, do you want to approach and tell us what's going on? Yes, sir. Yes, sir. Kirk Lenhard on behalf of the ECHOSTAR corporate defendant as far as the individual, also the individual board members. I received a call yesterday from plaintiff's counsel slightly before noon agreeing to dismiss the case in return for our waiver of the cost award, which is approximately $9,000. Obviously, that resolution is very favorable to my client. They agreed. I realized that with the time, effort to prepare for an oral argument by the court, that this probably would not be as well received as I would like it to be, but it is in the interest of my client. Therefore, I agreed to the settlement and the resolution. I'm here today. I'm obviously prepared to argue if the court decides not to go along with the resolution. I would ask the court to consider it in the interest of my client. My obligation, obviously, is to my client as well as to the court. And under the circumstances, I'd ask the court to approve the dismissal. Thank you. Good. Thank you, Mr. Lenhard. Counsel, the court looks very favorably on the parties resolving their own disputes without our mediation or intervention. We always feel it's best when the parties can agree to resolve their disputes. Obviously, that's why the courts are here, when the parties can't agree to resolve their own civil disputes. The difficulty here, just for the benefit of you and anybody else, is that yesterday was Columbus Day and the courts were closed. I know. And although I'm a Nevadan and realize my wife is a schoolteacher and know that the public schools are open, and most of us don't, may not otherwise realize that, the And, again, I'm terribly sorry. I know the Plaintiffs' Counsel did file, e-filed the papers yesterday afternoon. We were aware that it was a holiday in San Francisco, and we were very concerned, obviously, that this was going to be maybe a less than pleasant surprise to the court. Again, the only thing I can state is, from my standpoint, it is very good settlement for my client. I would ask the court to approve it. If not, I'm prepared to proceed. Okay. In light of that development, I don't think there's any reason to pursue the oral argument unless my colleagues have questions. It's been a long, hard day, and the court is adjourned. Thank you. All rise. This court, for this session, stands adjourned.
judges: O'scannlain, Tashima, Bybee